SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA


|  |  |
|---|---|
| Scott N. Johnson | ) Case No.**2:10-cv-01783-LKK-DAD** |
|              Plaintiff, | ) **ORDER RE: REQUEST FOR EXTENSION OF DATE TO FILE DISMISSAL** |
|       vs. | ) |
| The Oaks Apartments, LLC, | ) |
|              Defendants | ) |


    IT IS HEREBY ORDERED THAT the parties shall have the
date to file a dismissal continued for ninety (90) days.


Date:  November 12, 2010.



LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR EXTENSION OF DATE TO FILE DISMISSAL

CIV: S-10-cv-01783-LKK-DAD - 1